**1130**

GOLDSTONE, Respondent, v. ROCKOWER, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Jacob Goldstone against David Rockower. No opinion. Judgment of the Municipal Court affirmed, with costs.

GORDON, Respondent, v. SHAPIRO, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1908.) Action by Milton J. Gordon against Louis Shapiro. No opinion. Motion denied, with $10 costs.

GORMLEY, v. BRAKER. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Arthur J. Gormley against Conrad M. Braker. No opinion. Motion denied, with $10 costs. Order filed.

GORMLEY v. BRAKER. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Arthur J. Gormley against Conrad M. Braker. No opinion. Motion denied, on condition that appellant have his appeal ready for argument at the October term. Order filed.

GOULD v. GOULD. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by Katherine C. Gould against Howard Gould. No opinion. Motion denied, with $10 costs. Order filed.

GRANT et al., Appellants, v. GREENE CONSOLIDATED COPPER CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. May 8, 1908.) Action by James A. Grant and another against the Greene Consolidated Copper Company and another. W. B. Raymond, for appellants. M. E. Harby, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 110 N. Y. Supp. 253.

GRIBBLE v. RAYMOND VAN PREAG CO. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by James Gribble against the Raymond Van Preag Company. No opinion. Motion denied, with $10 costs. Order filed.

GRIESE, Respondent, v. KULLA, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Herman Griese against Samuel Kulla. A. D. Lind, for appellant. A. Nelson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re GRIFFIN. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) In the matter of the probate of a paper propounded as the last will and testament and codicil thereto of Henry L. Griffin, deceased. No opinion. Decree of the Surrogate's Court of Suffolk county affirmed, without costs.

GROSS v. GORSCH. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Paul Gross against Hugo Gorsch. No opinion. Motion denied, with $10 costs. Order filed.

GROSSMAN, Respondent, v. MORNING JOURNAL ASS'N et al., Appellants. (Supreme Court, Appellate Division, First Department. May, 15, 1908.) Action by Frederick Grossman, as administrator, against The Morning Journal Association and another. C. J. Shearn, for appellants. B. F. Einstein, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GROSSMAN v. MORNING JOURNAL ASS'N et al. (Supreme Court, Appellate Division, First Department, May 29, 1908.) Action by Frederick Grossman, as administrator, against the Morning Journal Association and another. No opinion. Motion for leave to appeal to the Court of Appeals granted. Order filed.

GROTE, Respondent, v. GROTE, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1908.) Action by Augustus H. Grote against Ida F. Grote. W. C. Rosenberg, for appellant. R. Link, for respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to defendant to amend answer on payment of costs in this court and in the court below. Order filed.

INGRAHAM and HOUGHTON, JJ., dissent. See 121 App. Div. 841, 106 N. Y. Supp. 986.

HALBERSTADT v. NEW YORK LIFE INS. CO. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by Siegmund E. Halberstadt against the New York Life Insurance Company. No opinion. Motion granted. Questions to be certified on settlement of order. Settle order on notice.

HAMLIN, Respondent, v. HAMLIN, Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1908.) Action by Mary E. Hamlin against Charles G. Hamlin.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SMITH, P. J., and COCHRANE, J., dissent.

HANOWER v. UNION BANK OF BROOKLYN. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by Frances Hanower, as executrix, etc., against the Union Bank of Brooklyn (Seventeenth Ward Branch.) From an order vacating an order for examination of plaintiff before trial, defendant appeals. Reversed, and motion to vacate order for plaintiff's examination before trial denied. H. J. Goldsmith, for appellant. D. Potter, for respondent.

PER CURIAM. From the papers it appears that the defendant should have been permitted to take the deposition of the plaintiff before trial. The order for her examination ought not, therefore, to have been vacated. The order appealed from is reversed, with $10 costs and disbursements, and the motion to vacate order for plaintiff's examination before trial denied.